UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK TECHNOLOGY FINANCE, LLC

    Plaintiff,

-v-

FAISAL SYED

    Defendant.

Case No. 08 Civ. 6192

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NEW YORK TECHNOLOGY FINANCE LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** July 3, 2008

**Signature of Attorney**

**Attorney Bar Code:** EW2030

Form Rule7_1.pdf SDNY Web 10/2007