EDWARD F. WESTFIELD, P

ATTORNEYS AT LAW
274 MADISON AVENUE, SUITE 1601
NEW YORK, NY 10016-0701

TELEPHONE: (212) 532-6625
FACSIMILE: (212) 532-6627
WWW.EFWPC.COM

EDWARD F. WESTFIELD

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

# MEMO ENDORSED

August 26, 2008

VIA FAX – (212) 805-7949

Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement: Conference adjourned from September 5, 2008 at October 10, 2008 at 9:30 am. SO ORDERED. PKC USDJ 8-26-08]*

Re:   New York Technology Finance LLC v. Faisal Syed, 08 Civ. 6192

Dear Judge Castel:

I am the attorney for the plaintiff in this action. I write to request an adjournment of the Initial Pretrial Conference presently scheduled for September 5, 2008. The reason for this request is that I am scheduled to begin a trial before the Honorable Lewis A. Kaplan in this Court on September 3, 2008, entitled *Cunneen v. Napoli*, 07 Civ. 6601. Also, Joseph M. Rasa, Esq., New Jersey counsel for the defendant, has requested, and I have consented to, an extension of time to September 22, 2008 to answer or move with respect to the complaint, in order to afford defendant time to engage local counsel and to permit Mr. Rasa to move for his admission pro hac vice. Mr. Rasa and I would both be available to attend a conference on October 10, 2008, if that date is convenient for the Court.

Respectfully,

Edward F. Westfield

cc:   Joseph M. Rasa, Esq. (via fax – (973) 839-8440)